THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Gina M., Jeremy
 W., and John Doe, Defendants,
 Of Whom Gina M.
 is the Appellant.
 
 
 

In the interest of S.M., a minor child under
the age of 18.

Appeal From Pickens County
Alvin D. Johnson, Family Court Judge

Unpublished Opinion No. 2008-UP-466
 Submitted August 1, 2008  Filed August 8,
2008

AFFIRMED

 
 
 
 Rodney W. Richey, of Greenville, for Appellant.
 Scarlet Bell Moore, of Greenville, for Respondent.
 Steven L. Alexander, of Pickens, for
 Guardian Ad Litem.
 
 
 

PER CURIAM: Gina
 M. appeals from the family courts order
 terminating her parental rights to her minor child, S.M.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon a thorough review
 of the record and the family courts findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 courts ruling and relieve counsel. 
AFFIRMED.[1] 
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.